COMMONWEALTH of Pennsylvania,
Respondent

v.

Calvin ATKERSON, Petitioner

No. 242 EAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

John Angelo LAROCCO, Petitioner

No. 395 MAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Hasan MYERS, Petitioner

No. 228 EAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Thomas M. O'DONNELL, Petitioner

No. 236 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

### ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.